# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: HON. TIMOTHY M. REIF, *JUDGE*

| | | |
|---|---|---|
| AMCOR FLEXIBLES KREUZLINGEN AG,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | Court Nos. | 15-00245<br>16-00030<br>16-00194 |
| AMCOR FLEXIBLES SINGEN GMBH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | Court Nos. | 15-00243<br>15-00244<br>15-00246<br>16-00031<br>16-00195<br>16-00196<br>16-00197<br>16-00198<br>16-00199<br>16-00200<br>18-00101 |

## NOTICE OF WITHDRAWAL OF ATTORNEY

Pursuant to Rule 75(d) of the Rules of the United States Court of International Trade, the undersigned hereby gives notice that Mollie D. Sitkowski should be removed as an attorney of record in all of the above captioned matters. Wm. Randolph Rucker remains as lead counsel for Plaintiff in all of the above captioned matters.

Dated:  June 16, 2023

/s/ Wm. Randolph Rucker
Wm. Randolph Rucker
**Faegre Drinker Biddle & Reath LLP**
320 S. Canal Street, Suite 3300
Chicago, IL 60606
Telephone: (312) 569-1157
E-mail: randy.rucker@faegredrinker.com

## CERTIFICATE OF SERVICE

William R. Rucker certifies that he is an attorney with the law firm of Faegre Drinker Biddle & Reath LLP, with offices located at 320 S. Canal Street, Suite 3300, Chicago, Illinois 60606, and that on June 16, 2023 on behalf of the Plaintiff herein, he served the attached Notice of Withdrawal of Attorney:

Edward F. Kenny
Senior Trial Counsel
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza – Suite 346
New York, New York 10278
E-mail: edward.kenny@usdoj.gov

the attorneys for the Defendant herein, by electronic service in the CM/ECF System of the Court of International Trade.

/s/ Wm. Randolph Rucker