UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. TIMOTHY M. REIF, *JUDGE*

| | | |
|---|---|---|
| AMCOR FLEXIBLES KREUZLINGEN AG, Plaintiff, v. UNITED STATES, Defendant. | Court Nos. | 15-00245 16-00030 16-00194 |
| AMCOR FLEXIBLES SINGEN GMBH, Plaintiff, v. UNITED STATES, Defendant. | Court Nos. | 15-00243 15-00244 15-00246 16-00031 16-00195 16-00196 16-00197 16-00198 16-00199 16-00200 18-00101 |

## JOINT STATUS REPORT

Pursuant to the Court's December 14, 2022, and January 23, 2023, Orders, Plaintiffs Amcor Flexibles Singen GmbH and Amcor Flexibles Kreuzlingen AG (collectively, "Amcor") and Defendant United States submit this joint status report as to the above-referenced cases ("Pending Cases").

1. The Pending Cases concern the proper tariff classification of certain flexible packaging materials that consist of aluminum foil laminated with plastic films.

2. On October 20, 2022, Amcor filed a Consent Motion for Assignment of Judge for the Pending Cases asserting that these cases involve products that are similar to those at issue in

*Joint Status Report, Amcor Flexibles Kreuzlingen v. United States, and Amcor Flexibles Singen v. United States, Court Nos. 15-00245, et. al.*

Court No. 15-00240 (*Amcor Flexibles Singen GmbH v. United States*) and/or Court No. 16-00193 (*Amcor Flexibles Kreuzlingen AG v. United States*).

3.    On January 3, 2020, Amcor prevailed in Court No. 15-00240 regarding the proper tariff classification of certain unprinted flexible packaging materials that were determined by the Court to be properly classified as "backed" aluminum foil under subheading 7607.20.50 of the *Harmonized Tariff Schedule of the United States* ("HTSUS"). Slip Op. 20-1 (Jan. 3, 2020).

4.    On February 22, 2022, Amcor prevailed in Court No. 16-00193 regarding the proper tariff classification of certain printed flexible packaging materials that were also determined to be properly classified as "backed" aluminum foil under HTSUS subheading 7607.20.50. Slip Op. 22-15 (Feb. 22, 2022).

5.    On October 26, 2022, the Court granted Amcor's Consent Motion for Assignment of Judge and assigned all of the Pending Cases to the Honorable Timothy M. Reif.

6.    As explained in the parties' previous Joint Status Report, filed on April 24, 2023, since filing its Consent Motion for Assignment of Judge, Amcor has submitted stipulation proposals to Defendant's counsel for all fourteen (14) of the Pending Cases. More specifically, ten (10) of the fourteen stipulation proposals, *i.e.*, the proposals regarding Court Nos. 15-00243, 15-00245, 16-00030, 16-00031, 16-00194, 16-00196, 16-00198, 16-00199, 16-00200, and 18-00101, were forwarded to the Government on December 2, 2022; one stipulation proposal, *i.e.* the proposal regarding Court No. 15-00246, was forwarded on December 21, 2022; one stipulation proposal, *i.e.*, the proposal regarding Court No. 15-00244, was forwarded on December 22, 2022; and the final two stipulation proposals, *i.e.*, the proposals regarding Court Nos. 16-00195 and 16-00197, were forwarded on December 27, 2022.

7.    On April 19, 2023, Plaintiff's counsel provided fourteen samples of "flexible

*Joint Status Report, Amcor Flexibles Kreuzlingen v. United States, and Amcor Flexibles Singen v. United States, Court Nos. 15-00245, et. al.*

packaging materials", as well as providing an explanation supporting its position that the samples are representative of the fifty-five (55) unique material numbers present in these pending Amcor cases ("Material Numbers").

8. Since the parties filed their previous Joint Status Report, Defendant and its client agency, U.S. Customs and Border Protection ("CBP"), submitted the fourteen samples of "flexible packaging materials" to CBP's laboratory to determine if, in fact, the samples can be considered representative of the Material Numbers present in these pending Amcor cases. In conjunction with that review—which remains ongoing—the United States continues to review the documentation and supporting materials for each of the above mentioned cases to determine whether the merchandise therein is materially the same as the merchandise that was at issue in either Court No. 15-00240 or Court No. 16-00193. To facilitate this review, on July 24, 2023, Defendant requested that Plaintiffs provide product specifications for all 55 Material Numbers at issue.

9. Additionally, the United States is still in the process of confirming jurisdiction over the entries for each case. Defendant will need to complete these reviews and confirmations before it can determine whether the proposed stipulations are appropriate.

10. As noted in the parties' previous Joint Status Report, absent further direction from the Court, the parties intend to file a joint status report within ninety (90) days of this submission, and thereafter at 90 day intervals if the Pending Cases have not been resolved by the end of each interval period.

*Joint Status Report, Amcor Flexibles Kreuzlingen v. United States, and Amcor Flexibles Singen v. United States, Court Nos. 15-00245, et. al.*

Respectfully submitted,

By: /s/ Wm. Randolph Rucker
Wm. Randolph Rucker
Faegre Drinker Biddle & Reath LLP
320 S. Canal Drive, Suite 3300
Chicago, IL 60606
Phone: (312) 569-1157
Attorneys for Plaintiff

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

By: JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

EDWARD F. KENNY    7/24/23
Senior Trial Counsel
Civil Division, Dept. of Justice
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
Tel. No. (212) 264-9230 or 0480
Attorneys for Defendant

Dated: July 24, 2023